**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

SHELLY CALLIER,                                )
as Co-Administrator of the Estate of           )
KELLIE WRIGHT, deceased,                        )
                                               )
      Plaintiff,                               )
                                               )
v.                                             )      Case No. CIV-23-594-G
                                               )
POTTAWATOMIE COUNTY PUBLIC                      )
SAFETY CENTER TRUST et al.,                     )
                                               )
      Defendants.                              )

**ORDER**

Plaintiff Shelly Callier filed this federal civil rights action on July 10, 2023. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On March 11, 2026, Judge Erwin issued a Report and Recommendation (Doc. No. 122), in which he recommended that the five "John/Jane Doe" defendants named in Plaintiff's Amended Complaint (Doc. No. 8) be dismissed due to Plaintiff's failure to effect service pursuant to Federal Rule of Civil Procedure 4(m). In the Report and Recommendation, Judge Erwin advised the parties of their right to object to the Report and Recommendation by March 25, 2026. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, no party has submitted any objection to the Report and Recommendation or sought leave for additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 122) is ADOPTED in its entirety.  All claims against Defendants "Does ##1-5" are DISMISSED without prejudice.

IT IS SO ORDERED this 23rd day of April, 2026.

_____
CHARLES B. GOODWIN
United States District Judge

2